IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRICE J. HALL,

        Plaintiff,

  v.

GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC.; FAS, LLC; REMY RHODES, and DOES 100,

        Defendants.

                                           /

No. 15-2201 MMC

**ORDER CONTINUING HEARINGS**

      Before the Court are four motions: (1) Plaintiff Price J. Hall's ("Hall") motion for remand, filed June 11, 2015, and noticed for hearing July 17, 2015; (2) defendant Mariner Health Care, Inc.'s ("MHC") motion to dismiss, filed May 22, 2015, and noticed for hearing July 24, 2015; (3) defendant Mariner Health Care Management Company's ("MHCM") motion to dismiss, filed May 22, 2015, and noticed for hearing July 24, 2015; and (4) defendant GranCare, LLC d/b/a Vale Healthcare Center ("Vale"), MHC, and MHCM's motion for leave to file an amended notice of removal, filed June 25, 2015, and noticed for hearing July 31, 2015.

      To facilitate the orderly resolution of the above-referenced motions, the Court hereby CONTINUES the hearing on Hall's motion for remand to July 31, 2015, and hereby CONTINUES the hearings on MHC and MHCM's motions to dismiss to August 21, 2015.

      **IT IS SO ORDERED.**

Dated: June 29, 2015

                                                     MAXINE M. CHESNEY
                                                   United States District Judge