Alexander F. Giovanniello (CSB # 125562)
**GIOVANNIELLO LAW GROUP**
One Pointe Drive, Suite 300
Brea, California 92821

Ph:   (714) 364-4000
Fax: (714) 364-4001

Attorneys for:
GRANCARE, LLC dba VALE HEALTHCARE CENTER;
MARINER HEALTH CARE MANAGEMENT COMPANY AND
SPECIALLY APPEARING FOR MARINER HEALTH CARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE J. HALL;<br><br>                    Plaintiff,<br><br>vs.<br><br>GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC. FAS, LLC; REMY RHODES and DOES 1-100;<br><br>                    Defendants | Case No.: 3:15-CV-02201 MMC<br><br>JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR REMAND AND DEFENDANTS' MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL |

WHEREAS, the Court currently has on calendar for July 31, 2015, Plaintiffs' Motion for Remand;

WHEREAS, the Court currently has on calendar for July 31, 2015, Defendants' Motion for Leave to Amend its Notice of Removal;

WHEREAS, Counsel for both Plaintiffs and Defendants are unable to appear for oral argument on July 31, 2015;

///

///

1

THEREFORE, it is stipulated between the parties as follows:

    1.  The above-referenced hearings, currently scheduled for July 31, 2015, shall be continued to August 14, 2015 at 9:00 a.m., or alternatively, to a date convenient for the Court's calendar.

**IT IS SO STIPULATED:**

Dated: July 1, 2015                **LANZONE MORGAN**

By:    */s/ James M. Morgan*
James M. Morgan
COUNSEL FOR PRICE J. HALL

Dated: July 1, 2015                **GIOVANNIELLO LAW GROUP**

By:    */s/ Alexander F. Giovanniello*
Alexander F. Giovanniello
COUNSEL FOR GRANCARE, LLC d/b/a VALE
HEALTHCARE CENTER; MARINER HEALTH
CARE MANAGEMENT COMPANY AND
SPECIALLY APPEARING FOR MARINER
HEALTH CARE, INC.

**IT IS SO ORDERED:**

    1.  The hearing date on Plaintiff's Motion for Remand is continued to:  August 14, 2015

    2.  The hearing date on Defendant's Motion for Leave to Amend Notice of Removal is continued to:  August 14, 2015

Dated: _____July 1 , 2015

Judge of the United States District Court –
Northern District of California

2