IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE J. HALL,<br><br>        Plaintiff,<br>   v.<br><br>GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC.; FAS, LLC; REMY RHODES, and DOES 100,<br><br>        Defendants.<br>_____ / | No. 15-2201 MMC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL** |

Before the Court is defendants GranCare, LLC d/b/a Vale Healthcare Center, Mariner Health Care Management Company, and Mariner Health Care, Inc.'s (collectively, "Removing Defendants") motion, filed June 25, 2015, for leave to file an Amended Notice of Removal. No opposition has been filed. Having read and considered the papers filed in support of the motion, the Court finds the matter suitable for decision on the moving papers, VACATES the hearing scheduled for August 14, 2015, and, for the reasons stated by Removing Defendants, GRANTS the motion. Removing Defendants shall file their Amended Notice of Removal no later than July 28, 2015.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
MAXINE M. CHESNEY
United States District Judge