IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRICE J. HALL,

        Plaintiff,

  v.

GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC.; FAS, LLC; REMY RHODES, and DOES 100,

        Defendants.

No. 15-2201 MMC

**ORDER DENYING AS MOOT MOTION TO REMAND; VACATING HEARING**

Before the Court is plaintiff Price J. Hall's ("Hall") Motion to Remand. The motion was filed June 11, 2015. Thereafter, on July 20, 2015, the Court granted defendants GranCare, LLC d/b/a Vale Healthcare Center, Mariner Health Care Management Company, Mariner Health Care, Inc., and Remy Rhodes (collectively, "Removing Defendants") leave to amend their notice of removal. On July 22, 2015, Removing Defendants filed their Amended Notice of Removal, in which Removing Defendants no longer rely on fraudulent joinder to demonstrate diversity jurisdiction and instead assert such jurisdiction exists based on Hall's recent change of domicile. As Hall's motion to remand is based exclusively on the argument that there is no fraudulent joinder, such motion is hereby DENIED as moot.

In light of the above, the hearing scheduled for August 14, 2015, is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: July 28, 2015

                                         MAXINE M. CHESNEY
                                         United States District Judge