1 | Alexander F. Giovanniello (CSB # 125562)
  | Thomas C. Swann (CSB #229422)
2 | **GIOVANNIELLO LAW GROUP**
  | One Pointe Drive, Suite 300
3 | Brea, California 92821
4 | Ph:  (714) 364-4000
  | Fax: (714) 364-4001
5 |
6 | Attorneys for:
  | GRANCARE, LLC dba VALE HEALTHCARE CENTER; REMY RHODES;
  | AND SPECIALLY APPEARING FOR MARINER HEALTH CARE, INC.
7 | AND MARINER HEALTH CARE MANAGEMENT COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE J. HALL; | Case No.: 3:15-CV-02201 MMC |
| Plaintiff, | JOINT STIPULATION AND ORDER FOR PARTIES TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE |
| vs. | |
| GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC. FAS, LLC; REMY RHODES and DOES 1-100; | DATE:      August 21, 2015<br>TIME:      9:00 A.M.<br>COURTROOM:  7, 19th Floor |
| Defendants | |

WHEREAS, the Court currently has a case management conference set for August 21, 2015;

WHEREAS, Plaintiff intends to file a Motion for Remand;

WHEREAS, Counsel for both Plaintiffs and Defendants are located in Southern California, and given the anticipated Motion for Remand, believe the interests of economy are best served if the parties jointly appear for the case management conference via telephone.

WHEREAS, Counsel for Plaintiffs, Richard F. Ingle, has agreed to make himself available on August 21, 2015 from 10:30 a.m. until such time as the Court telephones the

1  Plaintiff's Counsel at (714) 213-1548.

2      WHEREAS, Counsel for Defendants, Thomas C. Swann, has agreed to make himself
3  available on August 21, 2015 at 10:30 a.m. until such time as the Court telephones Defense
4  Counsel at (714) 364-4000.

5  THEREFORE, it is stipulated between the parties as follows:

6    1. The Case Management Conference, currently set for August 21, 2015 at 9:00 a.m.,
7    will occur via telephone conference on August 21, 2015 at 10:30 a.m., or at such
8    time thereafter until the Court telephones the parties.

9    2. Plaintiffs' Counsel, Richard F. Ingle, will be available at (714) 213-1548.

10    3. Defense Counsel, Thomas C. Swann, will be available at (714) 364-4000

12  **IT IS SO STIPULATED:**

14  Dated: August 13, 2015        **LANZONE MORGAN**

16              By:   */s/ Richard F. Ingle*
17                    Richard F. Ingle
                  COUNSEL FOR PRICE J. HALL

20  Dated: August 13, 2015        **GIOVANNIELLO LAW GROUP**

22              By:   */s/ Thomas C. Swann*
23                    Thomas C. Swann
                  COUNSEL FOR GRANCARE, LLC d/b/a VALE
24                    HEALTHCARE CENTER; MARINER HEALTH
25                    CARE MANAGEMENT COMPANY AND
                  SPECIALLY APPEARING FOR MARINER
26                    HEALTH CARE, INC.

27  ///
28  ///

**IT IS SO ORDERED:**

1. The Case Management Conference, currently scheduled for August 21, 2015 will occur via telephone conference;
2. Plaintiffs' Counsel is order to make himself available for this conference call at 10:30 a.m. or thereafter until the Court initiates the call at (714) 213-1548;
3. Defendants' Counsel is order to make himself available for this conference call at 10:30 a.m. or thereafter until the Court initiates the call at (714) 364-4000.

Dated: _____ August 13, 2015          _____
                                            Judge of the United States District Court –
                                            Northern District of California