**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRICE J. HALL,

       Plaintiff,

  v.

GRANCARE, LLC d/b/a VALE
HEALTHCARE CENTER; MARINER
HEALTH CARE MANAGEMENT
COMPANY; MARINER HEALTH CARE,
INC.; FAS, LLC; REMY RHODES, and
DOES 1-100,

       Defendants.

_____/

No. C 15-2201 MMC

**ORDER VACATING HEARING ON
PLAINTIFF'S MOTION TO REMAND**

      Before the Court is plaintiff Price J. Hall's Motion to Remand, filed August 20, 2015. Defendants GranCare, LLC, d/b/a Vale Healthcare Center, Mariner Health Care Management Company, and Mariner Health Care, Inc. have filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for October 2, 2015.

     **IT IS SO ORDERED.**

Dated: September 28, 2015

_____
MAXINE M. CHESNEY
United States District Judge